

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-22-00682-CR

Michael David **KNOVICKA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-21-0000040
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellant's brief is due by January 17, 2023, and on December 19, 2022, appellant filed a motion requesting a sixty-day extension of time to file his brief. After consideration, we **grant** the motion and **order** the brief due **by March 20, 2023.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court